IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

NELFI J. RODRIGUEZ,                    §
      Plaintiff,                       §
                                  §
v.                                     §              No. 3:25-CV-1166-D
                                  §
BHG FINANCIAL, LLC,                    §
      Defendant.                       §

## ORDER ADOPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court. By separate judgment, this action is dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute or follow orders of the court.

      **SO ORDERED**.

      April 8, 2026.


                                         _____
                                         SIDNEY A. FITZWATER
                                         SENIOR JUDGE